No. 10–10338 (10A1137). IN RE BEATY. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 10–10675 (10A1153). BEATY v. BREWER, GOVERNOR OF ARIZONA, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

MAY 27, 2011

No. 09–11519 (10A1020). BRADFORD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 562 U. S. 1177. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to file petition for rehearing denied.

MAY 31, 2011

No. 09–1232. CALIFORNIA STATE REPUBLICAN LEGISLATOR INTERVENORS ET AL. v. PLATA ET AL. Appeal from D. C. E. D. & D. C. N. D. Cal. The Court affirmed the judgment below in *Brown* v. *Plata, ante,* p. 493. Therefore, appeal dismissed.

No. 10–9868. HONG MAI v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2521. IN RE DISCIPLINE OF HARRIS-SMITH. It having been reported that Bridgette Miriam Harris-Smith, of Washington, D. C., has died, the rule to show cause, issued on October 4, 2010 [562 U. S. 811], is discharged.